UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:24-cr-243-MMH-MCR

18 U.S.C. § 922(g)(1)

TOBY HARRIS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about August 27, 2024, in the Middle District of Florida, the defendant,

TOBY HARRIS,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

Possession of Rock Cocaine with Intent to Sell or Deliver and Possession of a Controlled Substance, on or about January 28, 2008,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Canik 55 TP9, 9mm semi-automatic pistol, Serial # 12AI04807.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

3. The property to be forfeited includes, but is not limited to, a Canik 55 TP9, 9mm semi-automatic pistol, Serial # 12AI04807, and ammunition, seized from the defendant on August 27, 2024.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: Kevin C. Frein
Kevin C. Frein
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

3

FORM OBD-34
11/18/24 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

TOBY HARRIS

INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 20th day of November, 2024.

_____
Clerk

Bail $_____

GPO 863 525